# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF MICHAEL I. SANDOVAL, BAR NO. 13242.

No. 73230

**FILED**

JUL 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER DECLINING TO SUSPEND OR REFER ATTORNEY*

This is a petition under SCR 111 concerning attorney Michael Sandoval, based on a conviction for one count of driving under the influence, a misdemeanor. Sandoval self-reported the conviction to the State Bar. Because the crime is not one of those specifically enumerated in SCR 111(6) as a "serious" crime, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

The seriousness of drinking and driving cannot be minimized. But, first offense driving under the influence is not the type of offense for which professional discipline is typically imposed. 2 Geoffrey C. Hazard, Jr., W. William Hodes, & Peter R. Jarvis, *The Law of Lawyering*, § 69.04, at 69-13 (4th ed. Supp. 2016); *In the Matter of Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993). Accordingly, having considered the petition and supporting documentation, we conclude that Sandoval's offense does not warrant the imposition of a temporary suspension or referral to a disciplinary board at this time.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-22996

cc: C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Michael I. Sandoval
Kimberly K. Farmer, Executive Director, State Bar of Nevada

SUPREME COURT
OF
NEVADA

(O) 1947A